# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

SHARON MCNULTY                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:07CV68 HTW-LRA

J.C. PENNY COMPANY,
J.C. PENNY CORPORATION;
J.C. PENNY #2168;
ERIC GREENE;
JOHN DOE DEFENDANTS                                                              DEFENDANTS

## FINAL JUDGMENT

Before this court is the motion of the defendants for summary judgment.  After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendants is well taken and should be granted.  The Memorandum Opinion and Order entered by this court on May 23, 2008, is incorporated by reference.  For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendants and against the plaintiff and that the defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and

manner prescribed.

      **SO ORDERED AND ADJUDGED, this the 23rd day of May, 2008.**

                **s/ HENRY T. WINGATE**
                **CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:07-cv-68 HTW-LRA
Final Judgment